STRAND AMUSEMENT COMPANY *v.* CITY OF LAGRANGE.

HILL, J.. Strand Amusement Company brought an equitable petition against the City of LaGrange, to enjoin the enforcement of a certain business tax of $50 a day, which was subsequently, and before the trial of this case, reduced to $5 a day, on vaudeville, musical comedies, and other professional shows, other than picture-shows, on the ground that the tax was excessive and confiscatory. On the interlocutory hearing the evidence as to the unreasonableness and confiscatory feature of the tax was conflicting, and the trial judge refused to enjoin the collection of the tax. *Held,* that there was no abuse of discretion in refusing an injunction.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Hines, J., dissenting.*

RUSSELL, C. J. Aside from the question of conflicting evidence, the head-note does not deal with the legal question presented: whether the tax of $5 per day on vaudeville is or is not unreasonable. For that reason I can not agree to the opinion of the court.

HINES, J. I dissent from the opinion of the majority, on the ground that the license tax imposed is unreasonable as a matter of law.

No. 4486. APRIL 18, 1925.

Petition for injunction. Before Judge Roop. Troup superior court. July 11, 1924.

*L. L. Meadors* and *E. T. Moon,* for plaintiff.

*L. B. Wyatt,* for defendants.

---

MILLER *v.* OWENS.

HILL, J. Under the pleadings and evidence in the case the court below did not err in granting the interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Russell, C. J., dissenting.*

No. 4542. APRIL 18, 1925.

Injunction. Before Judge Humphries. Fulton superior court. September 4, 1924.

*Napier, Wright & Wood,* for plaintiff in error.

*D. K. Johnston,* contra.